IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDY K. VILLANYI,<br>Defendant | CRIMINAL NO.: 2:17-14<br><br>18 U.S.C. § 1344(1)<br>26 U.S.C. § 7212(a)<br>26 U.S.C. § 7203<br><br>INDICTMENT |

COUNT 1
(Bank Fraud)

THE GRAND JURY CHARGES:

That on or about February 25, 2012, in the District of South Carolina, the defendant JUDY K. VILLANYI, knowingly attempted to execute a scheme and artifice to defraud the Bank of America, the deposits of which were insured by the Federal Deposit Insurance Corporation, by submitting to the bank several documents, including a $140,000 check marked "NOT FOR DEPOSIT," "EFT ONLY," and "FOR DISCHARGE OF DEBT" and drawn on a closed account at another bank, which documents were intended to satisfy a mortgage loan VILLANYI had with the Bank of America, all as part of a "debt elimination" scheme.

In violation of Title 18, United States Code, Section 1344(1).

COUNT 2
(Obstructing and Impeding the Due Administration of the Tax Code)

THE GRAND JURY FURTHER CHARGES:

That beginning on or about January 20, 2010, and continuing thereafter up to and including the date of this Indictment, in the District of South Carolina, the defendant JUDY K. VILLANYI, corruptly did endeavor to obstruct and impede the due administration of the internal revenue laws by, among other acts, filing frivolous and false documents instead of income tax returns, falsely claiming entitlement to millions of dollars in tax refunds, submitting false Forms 1099-OID, and submitting bad checks drawn on a closed account, purportedly in payment of amounts due to the United States Treasury.

All in violation of Title 26, United States Code, Section 7212(a).

COUNT 3
(Failure to File a Return)

During the calendar year 2010, defendant JUDY K. VILLANYI, who was a resident of Mount Pleasant, South Carolina, had and received gross income of approximately $200,078. By reason of such gross income, she was required by law, following the close of the calendar year 2010 and on or before October 15, 2011, to make an income tax return to the Internal Revenue Service Center at Kansas City, Missouri, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Well knowing and believing all of the foregoing, she did willfully fail, on or about

October 15, 2011, in the District of South Carolina and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

COUNT 4
(Failure to File a Return)

During the calendar year 2011, defendant JUDY K. VILLANYI, who was a resident of Mount Pleasant, South Carolina, had and received gross income of approximately $218,491. By reason of such gross income, she was required by law, following the close of the calendar year 2011 and on or before April 17, 2012, to make an income tax return to the Internal Revenue Service Center at Kansas City, Missouri, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Well knowing and believing all of the foregoing, she did willfully fail, on or about April 17, 2012, in the District of South Carolina and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

COUNT 5
(Failure to File a Return)

During the calendar year 2012, defendant JUDY K. VILLANYI, who was a resident of Mount Pleasant, South Carolina, had and received gross income of approximately $237,254. By reason of such gross income, she was required by law, following the close

of the calendar year 2012 and on or before April 15, 2013, to make an income tax return to the Internal Revenue Service Center at Kansas City, Missouri, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Well knowing and believing all of the foregoing, she did willfully fail, on or about April 15, 2013, in the District of South Carolina and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

A True BILL

[redacted]

FOREPERSON

BETH DRAKE (EJK)
ACTING UNITED STATES ATTORNEY