RECORD OF GRAND JURY BALLOT

C/ 2:17-14

THE UNITED STATES OF AMERICA v. JUDY K VILLANYI

(SEALED UNTIL FURTHER ORDER OF THE COURT)